CHARLES PRICE, RESPONDENT, v. NEW YORK CENTRAL
RAILROAD COMPANY, APPELLANT.

Submitted July 5, 1920—Decided October 15, 1920.

On appeal from the Supreme Court, whose opinion is reported in 94 N. J. L. 10.

For the respondent, *Alexander Simpson*.

For the appellant, *Vredenburgh, Wall & Carey*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Chief Justice in the Supreme Court.

*For affirmance*—SWAYZE, TRENCHARD, PARKER, BERGEN, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, ACKERSON, JJ.   9.

*For reversal*—None.